*Black Earth Meat Market, LLC, et al v. Village of Black Earth, et al*
Western District of WI Case No. 14-CV-674

DEPOSITIONS

| | | |
|---|---|---|
| Kemper Bartlett Durand, Jr. | 6/8/15 | $324.90 |
| Kemper Bartlett Durand, Jr. | 7/27/15 | $1,311.50 |
| Patrick Frey | 8/3/15 | |
| Paul Evert | 8/3/15 | $975.40 |
| Patrick Troge | 8/4/15 | $259.90 |
| Kemper Bartlett Durand, Jr. | 8/12/15 | $447.55 |
| Shellie Benish | 8/12/15 | $216.30 |
| James Kartman | 9/17/15 | $700.60 |
| Scott Patchin (Vol. 1) | 9/17/15 | $455.23 |
| Ron Schaaf | 9/18/15 | $574.33 |
| Scott Patchin (Vol. 2) | 9/22/15 | $136.32 |
| | | $5,402.03 |

TRANSCRIPTS

| | | |
|---|---|---|
| Transcript of Recorded Proceedings (Verbatim) | 7/31/15 | $64.00 |

PHOTOCOPYING SERVICES

| | | |
|---|---|---|
| Kwik Kopy Printing (our doc. production to Plfs) | 2/16/15 | $328.21 |
| Alphagraphics (Plfs' doc. production) | 2/26/15 | $298.94 |
| Bank of New Glarus & Sugar River Bank (doc. production) | 6/5/15 | $79.13 |
| Peoples Community Bank (subpoena of BEM's bank records) | 7/7/15 | $520.00 |
| Alphagraphics (Plfs' doc. production) | 7/13/15 | $75.57 |
| U.S. Bank (doc. production) | 7/15/15 | $121.00 |
| USDA (FOIA request/doc. production) | 8/18/15 | $239.17 |
| Insty Invoice (docs. from Plfs' expert) | 10/19/15 | $317.39 |
| Fuhrman & Dodge (docs. from Jane Tereba) | 11/6/15 | $225.45 |
| Photocopying (.10 cents per page - internal) | | $ 54.25 |
| | TOTAL | $2,259.11 |

**Wisconsin's Choice Legal Services, Inc.**

Invoice



**WISCONSIN'S CHOICE**
LEGAL SERVICES, INC.

2509 Crest Line Drive
Madison, WI 53704
(608)241-3834

BILL TO
Axley & Brynelson, LLP
Kathleen D'Angelo
2 East Mifflin Street
Suite 200
Madison, WI 53703

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 1423 | 06/05/2015 | $160.00 | 07/05/2015 | Net 30 | |

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 05/29/2015 | 14CV674 Black Earth Meats v. Village of Black Earth - served Bank of New Glarus | 75.00 |
| 06/01/2015 | 14CV674 Black Earth Meats v. Village of Black Earth - served USDA Rural Development | 85.00 |
| 06/05/2015 | File no: 15210.71730 | |

Serving the State of Wisconsin.
EIN: 47-3490642

BALANCE DUE

**$160.00**

*OK TO PAY*
*ERH (2312*
*143*
*15210.71730*
*6/10/15*

Redefining the Industry.

# INVOICE

**API Services, Inc.**
1039 West Mason Street
Green Bay, WI 54303
Phone: (920) 435-8317

**Invoice #20150630-002**
**6/30/2015**

**Axley Brynelson, LLp**
2 E. Mifflin Street, Suite 200
P.O. Box 1767
Madison, WI 53701 (US)
Phone: (608) 283-6794

**Case Number: 3:14-cv-00674-bbc**

Plaintiff:
**Black Earth Meat Market, LLC, et al.**

Defendant:
**Village of Black Earth, et al.**

Received: 6/30/2015
Closing Date: 6/30/2015  Corporate Service
To be served on: **Performa INC Registerd Agent Jeffrey Kanzelberger**

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Affidavit Service | 1 | 50.00 | 50.00 |
| TOTAL CHARGES: | | | 50.00 |
| **BALANCE DUE:** | | | **$50.00** |

Terms: Net 15 days
Please note invoice number on remittance.

*OK TO PAY*
*2312 / ERH*
*143*
*15210, 71730*



**Great Lakes Professional Investigations, LLC**

50 South Main Street, Suite 200
Naperville, IL 60540

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | 3213 |

| Bill To |
|---------|
| Axley Brynelson, LLP<br>Kathleen D'Angelo<br>2 East Mifflin Street, Suite 200<br>Madison, WI 53703 |

| Item | Description | Amount |
|------|-------------|--------|
| Service of Process | Banss America Corporation, #588928 | 75.00 |
| | ALL INVOICES ARE<br>DUE 30 DAYS FROM<br>RECEIPT | |
| | **Total** | $75.00 |

Pay your invoice online by ACH, credit, or debit card at www.greatlakespi.com. Click on the link at the bottom of the Services page. Transactions will show on your statement as "IPN/PaymentNetwork".

| Phone |
|-------|
| (844) 457-4669 |

| E-mail |
|--------|
| billing@greatlakespi.com |

*OK TO PAY*
*2312 / ERH*
*143*
*15210. 71730*

# INVOICE

**API Services, Inc.**
1039 West Mason Street
Green Bay, WI 54303
Phone: (920) 435-8317

Invoice #20150630-003
7/1/2015

**Axley Brynelson, LLp**
2 E. Mifflin Street, Suite 200
P.O. Box 1767
Madison, WI 53701 (US)
Phone: (608) 283-6794

**Case Number: 3:14-cv-00674-bbc**

Plaintiff:
**Black Earth Meat Market, LLC, et al.**

Defendant:
**Village of Black Earth, et al.**

Received: 6/30/2015
Closing Date: 7/1/2015  Corporate Service
To be served on: **Keller INC Registered Agent Douglas A. Stecker**

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Affidavit Service | 1 | 50.00 | 50.00 |
| Mileage | 100 | 0.65 | 65.00 |
| TOTAL CHARGES: | | | 115.00 |
| **BALANCE DUE:** | | | **$115.00** |

Terms: Net 15 days
Please note invoice number on remittance.

*OK TO PAY*
*2312 / ERH*
*143*
*15210 . 71730*

**Wisconsin's Choice Legal Services, Inc.**

304 East Wilson Street
Madison, WI 53703 US
(608) 255-5000

Invoice


**WISCONSIN'S CHOICE**
LEGAL SERVICES, INC.

BILL TO
Axley & Brynelson, LLP
Kathleen D'Angelo
2 East Mifflin Street
Suite 200
Madison, WI 53703

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 2184 | 07/13/2015 | $55.00 | 08/12/2015 | Net 30 | |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 07/13/2015 | 3:14CV00674-BBC Black Earth Meats v. Village of Black Earth - served WI Small Business Development Center | 55.00 |
| 07/13/2015 | File no: 15210.71730 | |

Serving the State of Wisconsin.
EIN: 47-3490642

**BALANCE DUE**          **$55.00**

*OK to PAY*
*2312 (ERH*
*(43*
*15210.71730*

Redefining the Industry.

# MILWAUKEE PROCESS, INC.
3846 W. WISCONSIN AVE
MILWAUKEE, WI 53208
(414) 931-1998

# STATEMENT

| DATE |
| --- |
| 07/16/2015 |

| CLIENT # |
| --- |
| 902941 |

TO:

AXLEY BRYNELSON LLP.
2 E. MIFFLIN ST #200, P.O. BOX 1767
MADISON, WI 53701-1767

AMOUNT ENCLOSED

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 06/30/2015 | Balance forward | | 0.00 |
| 07/09/2015 | INV #112696. --BLACK EARTH MEAT MARKET, LLC. ET. AL. --VILLAGE OF BLACK EARTH ET. AL. --BRICO FUND, LLC. | 35.00 | 35.00 |

PAYMENT DUE UPON RECEIPT

15210.71730
1137/LML
143

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | TOTAL DUE |
| --- | --- | --- | --- | --- | --- |
| 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | $35.00 |

*PLEASE EXAMINE THIS STATEMENT AND NOTIFY US IMMEDIATELY IF ANY CHANGES ARE NECESSARY. ALL ACCOUNTS NOT*
*PAID WITHIN 15 DAYS WILL BE ASSESSED INTEREST AT THE RATE OF 1.5% PER MONTH.*

# Invoice

Professional Investigations & Process Service
P.O. Box 930545
Verona, WI 53593

*kDD*

| Bill To: |
|---|
| Axley Brynelson, LLP |
| 2 East Mifflin St., Suite 200 |
| Madison, WI 53703 |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 09/16/15 | 14-1054 | | Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Service of Process | IMMEDIATE RUSH AND SAME DAY SERVICE REQUEST:  on Ron Schaaf at Bank of New Glarus, in New Glarus, WI | 1 | 85.00 | 85.00 |

*OKTOPAY
2312(ERH
143
15210, 71730*

| Black Earth Meat Market, LLC, et al. v. Village of Black Earth, et al. | Total | $85.00 |
|---|---|---|

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11165 | 6/15/2015 | 6362 |
| **Job Date** | **Case No.** | |
| 6/8/2015 | 14CV674 | |
| **Case Name** | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| Kemper Bartlett Durand, Jr. | | 284.90 |
| Reporter Attendance | 2.00 Hours | 40.00 |
| | **TOTAL DUE >>>** | **$324.90** |

Complimentary e-Transcript.

Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

---

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.    : 6362          BU ID        : Verbatim
Case No.   : 14CV674
Case Name  : Black Earth Meat Market, LLC, et al. vs. Village
             of Black Earth, et al.

Invoice No. : 11165        Invoice Date : 6/15/2015
**Total Due  : $ 324.90**

Remit To:  **Verbatim Reporting, Limited**
           **2 East Mifflin Street, Suite 102**
           **Madison, WI  53703**

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11456 | 8/4/2015 | 6406 |

| Job Date | Case No. | |
|---|---|---|
| 7/27/2015 | 14CV674 | |

| Case Name |
|---|
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | | |
|---|---|---|---|
| Kemper Bartlett Durand, Volume 2 | | | 1,085.70 |
| Reporter Attendance | 7.50 | Hours | 150.00 |
| Scanned Exhibits | 379.00 | Pages | 75.80 |
| | | **TOTAL DUE  >>>** | **$1,311.50** |

Complimentary e-Transcript.

    Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | |
|---|---|---|---|
| Job No. | : 6406 | BU ID | : Verbatim |
| Case No. | : 14CV674 | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| Invoice No. | : 11456 | Invoice Date | : 8/4/2015 |
| **Total Due** | : **$ 1,311.50** | | |

Remit To: **Verbatim Reporting, Limited**
             **2 East Mifflin Street, Suite 102**
             **Madison, WI 53703**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11487 | 8/12/2015 | 6511 |

| Job Date | Case No. |
|---|---|
| 8/3/2015 | 14CV674 |

| Case Name |
|---|
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | | |
|---|---|---|---|---|
| ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION: | | | | |
| Patrick Frey | | | | 310.80 |
| ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION: | | | | |
| Paul Evert | | | | 415.80 |
| Reporter Attendance | 2.00 | Hours | | 40.00 |
| Scanned Exhibits | 652.00 | Pages | | 130.40 |
| Exhibits (For Orig. Transcript) | 392.00 | Pages | | 78.40 |
| | | TOTAL DUE >>> | | **$975.40** |

Complimentary e-Transcript.


    Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | |
|---|---|---|
| Job No. | : 6511 | BU ID : Verbatim |
| Case No. | : 14CV674 | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | |
| Invoice No. | : 11487 | Invoice Date : 8/12/2015 |
| **Total Due** | : **$ 975.40** | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703**

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11491 | 8/12/2015 | 6512 |
| **Job Date** | **Case No.** | |
| 8/4/2015 | 14CV674 | |
| **Case Name** | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| Patrick Troge | | 254.10 |
| Scanned Exhibits | 29.00 Pages | 5.80 |
| | **TOTAL DUE >>>** | **$259.90** |

Complimentary e-Transcript.

Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

---

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No.     : 6512              BU ID      : Verbatim
Case No.    : 14CV674
Case Name   : Black Earth Meat Market, LLC, et al. vs. Village
              of Black Earth, et al.

Invoice No. : 11491            Invoice Date : 8/12/2015
**Total Due  : $ 259.90**

Remit To: **Verbatim Reporting, Limited**
          **2 East Mifflin Street, Suite 102**
          **Madison, WI 53703**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11521 | 8/24/2015 | 6538 |
| **Job Date** | **Case No.** | |
| 8/12/2015 | 14CV674 | |
| **Case Name** | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---:|
| Kemper Bartlett Durand, Jr. | | 396.55 |
| Reporter Attendance | 2.00 Hours | 40.00 |
| Scanned Exhibits | 55.00 Pages | 11.00 |
| | **TOTAL DUE >>>** | **$447.55** |

Complimentary e-Transcript.


   Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

---

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | |
|---|---|---|
| Job No. | : 6538 | BU ID : Verbatim |
| Case No. | : 14CV674 | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | |
| Invoice No. | : 11521 | Invoice Date : 8/24/2015 |
| **Total Due** | **: $ 447.55** | |

Remit To: **Verbatim Reporting, Limited**
         **2 East Mifflin Street, Suite 102**
         **Madison, WI 53703**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11524 | 8/24/2015 | 6527 |

| Job Date | Case No. |
|---|---|
| 8/12/2015 | 14CV674 |

| Case Name |
|---|
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:
    Shellie Benish

216.30

**TOTAL DUE >>>**     **$216.30**

Complimentary e-Transcript.

    Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | | |
|---|---|---|---|---|
| Job No. | : 6527 | | BU ID | : Verbatim |
| Case No. | : 14CV674 | | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | | |
| Invoice No. | : 11524 | | Invoice Date | : 8/24/2015 |
| **Total Due** | **: $ 216.30** | | | |

Remit To: **Verbatim Reporting, Limited**
            **2 East Mifflin Street, Suite 102**
            **Madison, WI 53703**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11621 | 9/21/2015 | 6646 |
| **Job Date** | **Case No.** | |
| 9/17/2015 | 14CV674 | |
| **Case Name** | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| James Kartman | | 646.80 |
| Scanned Exhibits | 269.00 Pages | 53.80 |
| | **TOTAL DUE >>>** | **$700.60** |

This invoice reflects expedite charges.

Complimentary e-Transcript.


Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

---

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | | |
|---|---|---|---|---|
| Job No. | : 6646 | | BU ID | : Verbatim |
| Case No. | : 14CV674 | | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | | |
| Invoice No. | : 11621 | | Invoice Date | : 9/21/2015 |
| **Total Due** | **: $ 700.60** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

**Remit To: Verbatim Reporting, Limited**
      **2 East Mifflin Street, Suite 102**
      **Madison, WI 53703**

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11624 | 9/21/2015 | 6660 |
| **Job Date** | **Case No.** | |
| 9/17/2015 | 14CV674 | |
| **Case Name** | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| **Payment Terms** | | |
| Net 30 - 1.5%/month thereafter | | |

Eric Hunt, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| Scott Patchin | | 415.03 |
| Reporter Attendance | 2.00 Hours | 40.00 |
| Exhibits (For Orig. Transcript) | | 0.20 |
| **TOTAL DUE >>>** | | **$455.23** |

This invoice reflects expedite charges.

Complimentary e-Transcript.

Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Eric Hunt, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | |
|---|---|
| Job No.   :  6660 | BU ID         : Verbatim |
| Case No.  :  14CV674 | |
| Case Name :  Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | |
| Invoice No. :  11624 | Invoice Date  : 9/21/2015 |
| **Total Due** :  **$ 455.23** | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                                    Phone#:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI 53703**

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11619 | 9/21/2015 | 6641 |

| Job Date | Case No. | |
|---|---|---|
| 9/18/2015 | 14CV674 | |

| Case Name |
|---|
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | |
|---|---|---|
| Ron Schaaf | | 531.33 |
| Reporter Attendance | 2.00 Hours | 40.00 |
| Scanned Exhibits | 15.00 Pages | 3.00 |
| | **TOTAL DUE >>>** | **$574.33** |

This invoice reflects expedite charges.

Complimentary e-Transcript.

Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | | |
|---|---|---|---|---|
| Job No. | : 6641 | | BU ID | : Verbatim |
| Case No. | : 14CV674 | | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | | |
| Invoice No. | : 11619 | | Invoice Date | : 9/21/2015 |
| **Total Due** | : **$ 574.33** | | | |

Remit To:  **Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI  53703**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11648 | 9/24/2015 | 6678 |

| Job Date | Case No. |
|---|---|
| 9/22/2015 | 14CV674 |

| Case Name |
|---|
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

Eric Hunt, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ORIGINAL AND ONE CONDENSED COPY OF THE FOLLOWING DEPOSITION:

| | | | |
|---|---|---|---|
| Scott Patchin, Volume 2 | | | 95.52 |
| Reporter Attendance | 2.00 Hours | | 40.00 |
| Scanned Exhibits | 4.00 Pages | | 0.80 |
| | | **TOTAL DUE >>>** | **$136.32** |

Complimentary e-Transcript.


    Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

---

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Eric Hunt, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | | |
|---|---|---|---|---|
| Job No. | : 6678 | | BU ID | : Verbatim |
| Case No. | : 14CV674 | | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | | |
| Invoice No. | : 11648 | | Invoice Date | : 9/24/2015 |
| **Total Due** | **: $ 136.32** | | | |

**Remit To: Verbatim Reporting, Limited**
               **2 East Mifflin Street, Suite 102**
               **Madison, WI 53703**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11467 | 8/7/2015 | 6535 |
| Job Date | Case No. | |
| 7/31/2015 | 14CV674 | |
| Case Name | | |
| Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

1/2 ORIGINAL AND ONE COPY OF THE FOLLOWING AUDIO RECORDING:

| | | |
|---|---|---|
| Transcript of Recorded Proceedings | | 44.00 |
| Reporter Transcription Time | 2.00 | 20.00 |
| | TOTAL DUE >>> | $64.00 |

This invoice reflects half the cost of the original transcript and reporter's transcription time.

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*15240.71730*
*166*
*1137/LML*

**Tax ID:** 13-4232114

---

*Please detach bottom portion and return with payment.*

Lori Lubinsky, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

| | | | |
|---|---|---|---|
| Job No. | : 6535 | BU ID | : Verbatim |
| Case No. | : 14CV674 | | |
| Case Name | : Black Earth Meat Market, LLC, et al. vs. Village of Black Earth, et al. | | |
| Invoice No. | : 11467 | Invoice Date | : 8/7/2015 |
| **Total Due** | : **$ 64.00** | | |

**Remit To:** **Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI 53703**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

# Kwik Kopy Printing

14 W Mifflin St. LL-1
Madison, WI 53703

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/16/2015 | 25666 |

**Bill To**

Axley Brynelson
Kathleen

*OK TO PAY*
*ERH / 2312*
*097*
*15210.71730*

| | Project |
|---|---------|
| | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2.074 | Black Earth - 15210.71730 | 0.15 | 311.10T |
| | Sales Tax | 5.50% | 17.11 |

| **Total** | | | $328.21 |
|---|---|---|---|

| Phone # |
|---------|
| 608.257.8488 |

| E-mail |
|--------|
| kwikkopy335@att.net |

# alphagraphics



**invoice**

BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703
us470@alphagraphics.com
www.madison470.alphagraphics.com

Phone.608.294.8000
Fax.608.294.8380
Legal Services Phone.608.442.1414

| Sold To | | | |
|---|---|---|---|
| Lori Lubinsky<br>Axley Brynelson<br>2 East Mifflin<br>Madison WI 53701-1767<br>Phone: 257-5661<br>Fax: 257-5444 | | No. | **90623** |
| | | Date | 2/26/2015 |
| | | P.O. | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,590 | Ref: Black Earth Meats (docs. from T. Pfeil w/ F&D), 1590 copies @ $.165, 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 262.35 |
| 21 | 21 color copies @ $1.00, 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 21.00 |

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 283.35 |
| TAX | 15.59 |
| SHIPPING | |
| TOTAL | 298.94 |
| NET DUE | 298.94 |

## Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK  #_____  CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____  Print Name_____  Date_____



# The Bank of New Glarus™ and Sugar River Bank Branches

www.bankofnewglarus.com

June 5, 2016

INVOICE

RE: Black Earth Meat Markets

# of Copies  300 @ $0.25 / page

Amount Due   **$75.00**

Please remit Payment to:

The Bank of New Glarus
Elise Constantini
501 First Street
P O Box 129
New Glarus, WI  53574

Reimbursement Schedule
Up to 10 page – 0.50 / page
11-20 pages – 0.35 / page
21+ - 0.25 / page

s/u tax - $4.13

*OK TO PAY
ERH (2312
097
15210.71730*

Sugar River Bank-Belleville
12 North Shore Dr.
Belleville, WI 53508
(608) 424-1520

Sugar River Bank-Juda
W2903 Main St.
Juda, WI 53550
(608) 934-5151

The Bank of New Glarus™
501 First St.
New Glarus, WI 53574
(608) 527-5205

The Bank of New Glarus™
1101 State Road 69
New Glarus, WI 53574
(608) 527-5275

Sugar River Bank-Brodhead
2006 1st Center Ave.
Brodhead, WI 53520
(608) 897-8607

Sugar River Bank-Monroe
250 N. 18th Ave.
Monroe, WI 53566
(608) 325-3025

Member
FDIC



**THE PEOPLES
COMMUNITY BANK**

July 7, 2015

Invoice

Subpoena dated 6/26/2015
Black Earth Meat Market, LLC, et al
Vs
Village of Black Earth, et al

| | |
|---|---|
| 6 Hours of Research @ $35.00/hour | $210.00 |
| 3100 sheets of paper @ .10/sheet | $310.00 |
| **Total due** | **$520.00** |

# alphagraphics



BILLING ADDRESS:
221 King Street
Madison, Wisconsin 53703
us470@alphagraphics.com
www.madison470.alphagraphics.com

Phone.608.294.8000
Fax.608.294.8380
Legal Services Phone.608.442.1414

## invoice

**Sold To:**
Lori Lubinsky
Axley Brynelson
2 East Mifflin
Madison WI 53701-1767
Phone: 257-5661
Fax: 257-5444

| No. | 92965 |
|---|---|
| Date | 7/13/2015 |
| P.O. | |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 372 | Ref: Black Earth Meats (docs. from B. Wilson w/ F&D), 372 copies @ $.185, 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 68.82 |
| 11 | 11 copies @ $.255, 11 x 17 White 20# Report Xerographic Bond Smooth (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 2.81 |

*2nd BEM Doc Prod.*

*OK TO PAY*
*2312 (ERH*
*97*
*15210. 71730*

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James K

| | |
|---|---|
| SUB | 71.63 |
| TAX | 3.94 |
| SHIPPING | |
| TOTAL | 75.57 |
| NET DUE | 75.57 |

### Please pay from this invoice - Net 30 Days

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
Remit payments to: 221 King Street, Madison, Wisconsin 53703

RECEIPT FOR CASH SALES
CASH ☐ CHECK  # _____  CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____  Print Name_____  Date_____

Job Received and Accepted by



**INVOICE**

Corporate Legal Department
800 Nicollet Mall
BC-MN-H21P
Minneapolis, MN 55402

July 15, 2015

**To:**
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

**Remit Payment To:**
Attn: Anne Christenson
U.S. Bank National Association
800 Nicollet Mall
BC-MN-H21P
Minneapolis, MN 55402

| Case Name: Black Earth Meat Market, LLC v. Village of Black Earth |
|---|
| Case Number: 3:14-cv-00674-bbc |
| Invoice Number: S2015-07934 |

| Quantity | Description of Charge | Price Per Unit | Amount |
|---|---|---|---|
| 1 | Research Time (in hours) | $50.00 | $50.00 |
| 12 | Copies | $ .25 | $61.00 |
| 1 | CD | $10.00 | $10.00 |
| | | Total Due | $121.00 |

Please make all checks payable to U.S. Bank National Association

All of **us** serving you®

OK TO PAY
2312 (ERH
15210. 71730
136

 **USDA** United States Department of Agriculture

August 18, 2015

Axley Brynelson, LLP
Attn: Eric R. Hunt
2 East Mifflin Street, Suite 200
Madison, WI 53703

RE: FOIA Request 2015-RD-03786-F

Dear Mr. Hunt:

This letter is in response to your Freedom of Information Act (FOIA) request, which was revised on August 3, 2015 (copy enclosed).

Rural Development located 157 pages that were responsive to your request. I have determined that 119 pages are appropriate for release in full and 38 pages are appropriate for release in part.

Based upon the information you have made available to us, we have determined that your request is classified under the fee category "commercial" for processing purposes. Rural Development will assess charges to recover the full direct costs of searching for, reviewing for release, and duplicating the records sought. Therefore, the fee for Rural Development to process your request is calculated as follows:

| | |
|---|---|
| $31.40 for duplication | 157 pages at $ .20 per page and |
| $207.77 for search and review <br> *(2 employees worked on request)* | 3.75 hours at $42.92 per hour and <br> 1 hour at $46.82 per hour |

Assuming you are still interested in obtaining these documents, please remit a check or money order in the amount of $239.17 made payable to the U.S. Treasury to:

>Rural Development
>Attn: Sara Thieleke, FOIA Coordinator
>5417 Clem's Way
>Stevens Point, WI 54482

Payment should be made within 30 days from the date of this letter, or the request will be considered withdrawn. Upon this Office's receipt of your payment, the requested information will be provided to you.

*Code: 136 and 97*
*OK TO PAY*
*1137 / LML*
*15210, 71730*

**Rural Development • Wisconsin State Office**
5417 Clem's Way • Stevens Point, WI 54482
Voice (715) 345-7622 • Fax (855) 715-8498

USDA is an equal opportunity provider and employer.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (PDF), found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

If you have any questions, please contact me at (715) 345-7622 or via email at Sara.Thieleke@wi.usda.gov.

Sara Thieleke
Freedom of Information Coordinator

Enclosure

# INSTY-PRINTS®

*PRINT / SIGNS / MAIL*

2 East Mifflin Street
Madison, Wisconsin 53703
608.255.0046
Fax 608.255.0124
jim@instymadison.com

# Invoice

## 85772

DATE  10/19/15

P.O. NUMBER

Sold To:
Kathy
Axley Brynelson
2 E. Mifflin Street
Madison WI 53703

283.6790
257-5444

DIGITAL PRINT & GRAPHIC DESIGN · DIRECT MAIL & EDDM · SIGNS & BANNERS · LARGE FORMAT · SCANNING · WINDOW & VEHICLE GRAPHICS

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,668 | League / Black Earth | 181.84 |
| 239 | Color Copies | 119.00 |
| | 15210.71730 | |

Sales Rep: Craig
Thank You! Jim

Ship Via:

| | |
|---|---|
| SUBTOTAL | 300.84 |
| TAX | 16.55 |
| SHIPPING | |
| TOTAL | 317.39 |

### TERMS AND CONDITIONS

In the event that the Purchaser of the printing and other services recorded on this invoice shall fail to make payment for the same, Seller may commence action against the Purchaser to recover the amount due and pursue all remedies for the collection of such amount including reasonable costs of collection and attorney's fee incurred in the collection.

**-*Thank You*-**
We Appreciate Your Business

## Graphic Design
◻ Approved
◻ Proofreading  Waiver

**RELEASE OF LIABILITY:** I hereby acknowledge that I have proofread and approve, or have waived my right to proofread the typesetting, and that all costs for printing are my responsibility, as well as any error after the job has been printed. I understand that Insty-Prints is not responsible for any proofreading.

APPROVED CHARGE

X _____

Received by (Signature)      (Date)

**PLEASE PAY FROM THIS INVOICE. TERMS: NET 30 DAYS**

Invoices not paid when due shall be subject to a late charge of 1.5% per month or the highest rate permitted by law.

Designed and Printed by:

# INSTY-PRINTS®
*PRINT / SIGNS / MAIL*

Customer Signature



**FUHRMAN + DODGE** s.c.
Attorneys at Law
2501 Parmenter St., Suite 200B, Middleton, WI 53562

ATTORNEY TODD M. PFEIL

| INVOICE NUMBER | 9085 |
| --- | --- |
| INVOICE DATE | 11/6/2015 |

| MATTER | BE Meats vs. VBE - ... |
| --- | --- |
| DUE DATE | UPON RECEIPT |

Axley Brynelson, LLP
c/o Attorney Lori M Lubinsky
2 East Mifflin Street, Suite 200
P.O. Box 1767
Madison, WI 53703

| DATE | ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 11/2/2015 | TMP | Copies of documents for Lori Lubinsky | | 225.45 |

Payment due upon receipt.

Pay your account online www.fuhrmandodge.com/your-account

| | |
| --- | --- |
| TOTAL AMOUNT | $225.45 |
| COURTESY DISCOUNT | $0.00 |
| BALANCE DUE ON THIS INVOICE | $225.45 |
| **TOTAL BALANCE DUE** | **$225.45** |