UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**BLACK EARTH MEAT MARKET, LLC**
and
**KEMPER BARTLETT DURAND, JR.**

        Plaintiffs,

v.                                           Civil Action No.: 14-CV-674

**VILLAGE OF BLACK EARTH,**
**PATRICK TROGE,**
**PATRICK FREY,**
**TED PRITCHETT,**
**THOMAS PARRELL,**
**JAMES COYLE,**
**BETH MARTY,**
and
**WALT MILLER**

        Defendants.

---

### NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Plaintiffs, Black Earth Meat Market, LLC and Kemper Bartlett Durand, Jr., in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable Barbara B. Crabb entered on November 19, 2015, Docket No. 120.

Respectfully submitted this 18th day of December, 2015.

                                        **FUHRMAN & DODGE, S.C.**

                                        */s/ Brittany A. Wilson*
                                        Todd M. Pfeil, State Bar No. 1020200
                                        Brittany A. Wilson, State Bar No. 1087927
                                        *Attorneys for Plaintiffs, Black Earth Meat*
                                        *Market, LLC and Kemper Bartlett Durand, Jr.*

<u>Address</u>:
Fuhrman & Dodge, S.C.
2501 Parmenter Street, Suite 200B
Middleton, WI 53562
Ph:	608-327-4200
Fax:	608-841-1502
Email: tpfeil@fuhrmandodge.com
	bwilson@fuhrmandodge.com